**Mark A. TRACY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 41309.**

Missouri Court of Appeals,
Western District.

July 3, 1989.

Jim Lynn, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and TURNAGE and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).